IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

WRIT OF EXECUTION

Cause No.: 1:18-cv-00491-LY

SHARON D. ROSE
**Plaintiff**

vs.

SELECT PORTFOLIO SERVICING INC. AND US BANCORP
**Defendants**

THE STATE OF TEXAS

**To any Sheriff, Constable or any US Marshal within the State of Texas, Greetings:**

WHEREAS, before our Honorable United States District Court for the Western District of Texas, Austin Division, in Cause No. 1:18-cv-00491-LY styled *Sharon D. Rose vs. Select Portfolio Servicing Inc. and US Bancorp,* on June 11, 2019, U.S. Bank, NA., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3 (improperly named as US Bankcorp) obtained Final Judgment and Order of Foreclosure against Sharon D. Rose allowing judicial foreclosure of the property described as:

LOT 34, BLOCK D, THE ENCLAVE OF TOWNE CENTRE PHASE I, A SUBDIVISION IN WILLIAMSON COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN CABINET Z, SLIDES 30, PLAT RECORDS OF WILLIAMSON COUNTY, TEXAS,

commonly known as 2045 Rachel Lane, Round Rock, TX 78664

**NOW, THEREFORE, YOU ARE HEREBY COMMANDED**, to proceed according to law and seize and sell the above described property as under execution and apply the proceeds thereof to the payment and satisfaction of the aforesaid Final Judgment and Order of Foreclosure in favor of U.S. Bank, et al. Costs are assessed against the party incurring same.

**TO SERVING OFFICER**:

HEREIN FAIL NOT. Return this writ with your return thereof, on or before 180 days from the date of issuance of this this Writ, to the Clerk of the United States District Court for the Western District of Texas, Austin Division.

FIRST retain your costs and fees for holding said sale.

SECOND, remit the court costs to the Clerk of the United States District Court for the Western District of Texas, Austin Division.

THIRD, remit the payment of the remaining monies received to the proper parties as shown in the Judgment. All in accordance with the statutes of the State of Texas.

GIVEN UNDER MY HAND and seal of said Court at my office in Austin, Texas, this 4th day of October, 2019.

Issued at the request of:
Dominique Varner
Hughes, Watters & Askanase, L.L.P.
1201 Louisiana, 28th Floor
Houston, Texas 77002

Jeannette J. Clack, Clerk
United States District Court for the
Western District of Texas, Austin
Division

_____
Deputy Clerk

## US MARSHAL'S RETURN

Came to hand the ___ day of _____ 2019, at ___ o'clock _m, and not executed the ___ day of _____, 2019, in person a true copy of this writ at _____ sheriff, served at _____

I traveled _____ miles in the execution of this writ.

Total Fees: $_____     Serving Writ $_____     Mileage _____ total

$_____

Failure to serve writ _____

_____
US Marshal of the Western District of Texas, Austin Division

By: _____ (Deputy)